■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANICE DARBY, Appellant. [757 NYS2d 486] —Appeal by the defendant from an amended judgment of the County Court, Putnam County (Miller, J.), rendered May 9, 2002, revoking a sentence of probation previously imposed by the same court (Braatz, J.), upon her admission that she violated a condition thereof, and imposing a sentence of imprisonment upon her previous conviction of driving while intoxicated.

Ordered that the amended judgment is affirmed.

The defendant's claim of ineffective assistance of counsel is

without merit (*see People v Benevento,* 91 NY2d 708 [1998]). In addition, the defendant's admission to the violation of probation was knowingly, voluntarily, and intelligently made (*see People v Harris,* 61 NY2d 9 [1983]).

Since the defendant has completed the sentence imposed, the issue of whether that sentence was excessive has been rendered academic (*see People v Waddy,* 240 AD2d 521 [1997]). Santucci, J.P., Krausman, McGinity, Schmidt and Crane, JJ., concur.